Phyllis Fabricant, an Infant by Harry Fabricant, Her Guardian ad Litem, et al., Claimants, *v.* State of New York, Defendant. (Claim No. 32214.)

Court of Claims, October 25, 1955.

*J. W. Bernstein* and *Ralph A. Matalon* for claimants.

*Jacob K. Javits, Attorney-General (Robert L. Horkitz* of counsel), for defendant.

Sylvester, J. It is alleged that the infant sustained a fractured arm as a result of the State's negligence. The examination of the infant by the State's physician indicated the desirability of obtaining X rays of the affected arm and the State now moves for a further examination for that purpose. Claimant is agreeable that the motion be granted, provided a copy of the findings of the State's physician is delivered to him, and further, that if the X-ray plates indicate anything but a positive condition that claimant's physician be afforded an opportunity to inspect the X-ray plates. The State maintains that this condition may not be imposed upon it and, ordinarily, that would be so. (*Valentine* v. *State of New York*, 197 Misc. 972.) However, it appears that there was an exchange of correspondence between the Attorney-General and claimant's counsel which, in effect, makes for an understanding that claimant would agree to the X-ray examination provided that he receive " a copy of the findings and if said findings are not positive, that our doctor be permitted to see the x-ray plates." In these circumstances (cf. *Andrews* v. *Ghikas*, 278 App. Div. 658), the

motion of the State will be granted upon the condition that after the X rays are taken, a copy of the findings is to be delivered to the claimant and, in the event that the findings are not positive, that the X-ray plates will be made available for inspection by claimant's physician; otherwise the motion will be denied.